4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARGARITO L. MALDONADO, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-012 |
| § | |
| GULF PACKING CO., § | |
| Defendant § | JURY TRIAL DEMANDED |

## DEFENDANT'S LIST OF ENTITIES
## WITH FINANCIAL INTEREST IN THIS CASE

To the best of Defendant's knowledge, the only entities with a financial interest in this case are the following:

<u>Gulf Packing Co</u>.

<u>Margarito L. Maldonado</u>

The corporate defendant is not a publicly traded corporation. Defendant would further incorporate the entities that may be named by other parties in their respective lists of entities with financial interest.

*[signature]*
Raymond A. Cowley
State Bar I.D. No. 04932400

4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

ATTORNEY FOR DEFENDANT

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY LLP**

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following counsel of record, on the ___4___ day of ___April___, 2001.

Mr. Miguel Salinas
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520

_____
Raymond A. Cowley

ClibPDF - www.fastio.com