

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maldonado, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-12 |
| | § | |
| Gulf Packing Co., | § | |
| | § | |
|     Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on May 21, 2001 the Court **ORDERED** the Parties to submit a Joint Discovery/Case Management Plan in compliance with this Court's Chamber Rules by Thursday, May 24, 2001 at 12:00 p.m.

DONE at Brownsville, Texas, this 21st day of May 2001.

Hilda G. Tagle
United States District Judge