United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARGARITO L. MALDONADO,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-01-012 |
| GULF PACKING CO.,<br>Defendant | §<br>§<br>§ | JURY TRIAL DEMANDED |

## MOTION TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GULF PACKING CO. the Defendant, in the above-entitled and numbered cause, by and through its attorney of record, RAYMOND A. COWLEY, and files this its Motion to Appear and for cause would show the Court as follows:

### I.

The undersigned hereby requests permission of this Honorable Court to allow TERI L. DANISH of the firm of Rodriguez, Colvin & Chaney, L.L.P. to appear for the undersigned at the hearing set for May 29, 2001, due to the fact that the undersigned is unavailable.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court grant its Motion and for such other and further relief to which it may show itself justly entitled to receive.

Respectfully submitted,

Raymond A. Cowley (w/permission Teri L. Danish)
Raymond A. Cowley
State Bar I.D. No. 04932400
Federal No. 8642

4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

ATTORNEY FOR DEFENDANT

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY LLP**
Teri L. Danish
State Bar No. 05375320
Fed. No. 12862

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, by certified mail, return receipt requested on the 18th day of May, 2001.

Mr. Miguel Salinas
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520

Teri L. Danish