

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 2 3 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maldonado, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-12 |
| | § | |
| Gulf Packing Co., | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on May 23, 2001 the Court **GRANTED** the Defendant's Motion to Appear for Attorney in Charge [Dkt. No. 7]. Teri L. Danish is granted permission to appear on behalf of Raymond A. Cowley for the initial pretrial conference set for May 29, 2001.

The Court is in receipt of the Defendant's Proposed Joint Discovery/Case Management Plan [Dkt. No. 5] filed on May 18, 2001. Before that document came to the Court's attention, it ordered the Parties to submit a Joint Discovery/Case Management Plan in compliance with this Court's Chamber Rules [Dkt. No. 6]. A prerequisite for a proper Joint Discovery/Case Management Plan is a meeting between both the Plaintiff and the Defendant. Therefore, the Defendant's Proposed Joint Discovery/Case Management Plan [Dkt. No. 5] is defective. If the Parties do not make a good faith effort to submit a proper Joint Discovery/Case Management Plan before the initial pretrial conference, the Court may impose monetary sanctions.

DONE at Brownsville, Texas, this 23rd day of May 2001.

Hilda G. Tagle
United States District Judge