10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 29 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maldonado, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-01-012 |
| Gulf Packing Co., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 29, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management through trial. The Parties consented to proceed before a magistrate judge in their Joint Discovery/Case Management Plan.

DONE at Brownsville, Texas, this 29th day of May 2001.

Hilda G. Tagle
United States District Judge

1