**Felix Recio, Magistrate Judge**
**Southern District of Texas**
**Brownsville Division**

United States District Court
Southern District of Texas
FILED

MAY 29 2001

Michael N. Milby
Clerk of Court

Law Clerk:     Jessica R Dart

Date:          May 29, 2001, 1:30 pm

------------------------------------------------------------------
### C.A. NO. B-01-012 (HGT)
------------------------------------------------------------------

| MARGARITO L. MALDONADO | * | Miguel Salinas |
| VS | * | |
| GULF PACKING CO. | * | Teri L. Danish |

------------------------------------------------------------------

### INITIAL PRETRIAL CONFERENCE

Attorneys Salinas and Danish appeared.

28 U.S.C. 636(c) Consent submitted.

The parties agreed to the scheduling dates. An order shall be issued.