12

=================================================================
# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
=================================================================

MARGARITO   L. MALDONADO §
§
versus § CIVIL ACTION NO.  B-01-012
§
GULF PACKING CO. §

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.  28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | DEFENDANT | 5-29-01 |
| [signature] Miguel Salinas | Plaintiff | 5/29/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

05/29/01
Date

[signature] Hilda
United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.