13

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

MARGARITO L. MALDONALDO

§

VS      §    CIVIL ACTION NO. B-01-012
(636(c))

GULF PACKING CO.      §

United States District Court
Southern District of Texas
ENTERED
MAY 31 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:     July 15, 2001
   Furnish a copy of this scheduling order to new parties.

3. The plaintiff(s)' experts will be named with a report furnished by: September 15, 2001

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.     October 15, 2001

5. Discovery must be completed by:     October 31, 2001
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.

6. All dispositive motions shall be filed by:     November 15, 2001

*************************************************************************

7. Joint pretrial order is due:     December 15, 2001
   The plaintiff(s) is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:     January 3, 2002
   The case will remain on standby until tried.

9. Jury selection before Judge Recio is set for 9:00 a.m. on:     January 4, 2002

10. Jury trial before Judge Recio is set for 9:00 a.m     Determined at Final Pretrial

Signed _May 29, 2001_, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge