United States District Court
Southern District of Texas
FILED

DEC 17 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARGARITO L. MALDONADO, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-01-012 |
| v. | § | |
| | § | |
| GULF PACKING CO., | § | |
| Defendant | § | JURY TRIAL DEMANDED |

## DEFENDANT'S MOTION IN LIMINE

Defendant Gulf Packing Company moves the Court for an order precluding plaintiff, his counsel or witnesses from testifying to comments allegedly made by Carlos Salinas and Charles Booth. In his deposition, plaintiff testified that 1) Salinas called him offensive names, such as "pinche puto," "joto," and "pendejo;" and 2) in 1998, Booth commented that plaintiff was a "walking time bomb" and "lucky to have insurance." Comments such as those alleged by plaintiff are nothing more than stray remarks, and do not constitute evidence of discrimination because 1) they are not proximate in time to the decision to terminate plaintiff's employment, and 2) are unrelated to the employment decision at issue. *Brown v. CSC Logic, Inc.*, 82 F.3d 651 (5th Cir. 1996). Nor do either of the comments relate to plaintiff's age or disability. Introduction of these alleged remarks into evidence would do nothing but tend to inflame the jury and result in undue prejudice to Gulf Packing. Fed.R.Evid. 401, 403. Thus, these comments have virtually no probative value and plaintiff should be precluded from admitting them into evidence at trial.

Respectfully submitted,

_____
Raymond A. Cowley

State Bar I.D. No. 04932400
Federal No. 8642
Teri L. Danish
State Bar No. 05375320
Fed. No. 12862
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telefax : (956) 541-2170


ATTORNEYS FOR DEFENDANT
GULF PACKING COMPANY