18

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARGARITO L. MALDONADO, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-01-012 |
| v. | § | (636(c)) |
| | § | |
| GULF PACKING CO., | § | |
| Defendant | § | JURY TRIAL DEMANDED |

### ORDER ~~GRANTING~~ Denying MOTION FOR PROTECTIVE ORDER

Defendant Gulf Packing Company's Motion for Protective Order was presented to the Court for determination. Having considered the motion and arguments of counsel, the Court hereby ~~GRANTS~~ DENIES (JR) Defendant's Motion for Protective Order.

It is therefore ORDERED that Defendant Gulf Packing Company is NOT (JR) relieved of its obligations to respond to plaintiff's written discovery served on October 31, 2001.

_____
JUDGE PRESIDING

12-17-01