*19*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARGARITO L. MALDONADO | * | |
| | * | |
| VS | * | C.A. NO. B-01-012 |
| | * | (636(c)) |
| GULF PACKING CO. | * | |

## ORDER SETTING HEARING

Defendant's Motion for Summary Judgment, in the above-captioned cause of action, is hereby set for a hearing on December 27, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 17th day of December 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
956/548-2701