20

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARGARITO L. MALDONADO | § | |
| | § | |
| VS | § | C.A. B-01-012 (636(c)) |
| | § | |
| GULF PACKING CO. | § | |

## HEARING ON MOTION FOR SUMMARY JUDGMENT

Miguel Salinas present for Plaintiff. Teri L. Danish present for Defendant. Parties announced ready.

Plaintiff no longer is going on the disability claim. Only claim left is the age discrimination claim. After arguments of counsel, Court denies Motion for Summary Judgment. Case will be set for jury selection in January, 2002.