# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

MARGARITO MALDONADO     *

VS     *    C.A. No. B-01-012
                                                                        (636(c))

GULF PACKING COMPANY     *

## O R D E R

Since the parties advised the Court on January 3, 2002, that the above-captioned cause of action has been settled, the final pretrial set for January 3, 2002, and the jury selection set for January 4, 2002, are hereby **CANCELLED**.

DONE at Brownsville, Texas, on 3rd day of January 2002.

_____
Felix Recio
United States Magistrate Judge