

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARGARITO L. MALDONADO, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-01-012 |
| v. | § | |
| | § | |
| GULF PACKING CO., | § | |
| Defendant | § | |

# MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, MARGARITO MALDONADO, plaintiff in the above-entitled and numbered cause, appearing by and through his counsel of record, and moves to Dismiss this cause of action against Defendant GULF PACKING COMPANY, with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised by and between the parties hereto.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff MARGARITO MALDONADO requests that the Court enter an Order dismissing all claims against GULF PACKING COMPANY, Defendant, with prejudice, with each party paying its own court costs.

Respectfully submitted,

BY: _____
Miguel Salinas
State Bar No.: 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
(956) 550-1115 Tel
(956) 550-1134 Fax
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARGARITO L. MALDONADO,<br>Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. B-01-012 |
| v. | §<br>§ | |
| GULF PACKING CO.,<br>Defendant | §<br>§<br>§ | |

## **ORDER OF DISMISSAL**

On January 3, 2002, the parties in the above-captioned matter informed the Court that a compromise has been reached in this cause as to any and all issues, claims, demands, or causes of action existing, or that could exist, between the Plaintiff MARGARITO MALDONADO and Defendant GULF PACKING COMPANY, including the damages alleged as a result of the claim made the basis of this suit. It was announced that said compromise was being made on a doubtful and disputed claim, Defendant GULF PACKING COMPANY having denied any liability, as well as the full nature and extent of all damages allegedly sustained by the Plaintiff. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that all claims that were asserted, or could have been asserted, by Plaintiff MARGARITO MALDONADO in this cause are hereby DISMISSED WITH PREJUDICE, and that each party bear their own costs.

SIGNED this the _____ day of _____, 2001.

_____
JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED**:


BY: _/s/ Teri L. Danish_
Teri L. Danish
Federal I.D. No.: 12862
State Bar No.: 05375320
RODRIGUEZ, COLVIN & CHANEY, L. L. P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441 Tel
(956) 541-2170 Fax

ATTORNEYS FOR GULF PACKING COMPANY


BY: _/s/ Miguel Salinas_
Miguel Salinas
State Bar No.: 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
(956) 550-1115 Tel
(956) 550-1134 Fax

ATTORNEY FOR PLAINTIFF