```
                                                        United States District Court
                                                         Southern District of Texas
                                                                 ENTERED
```

IN THE UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF TEXAS  
BROWNSVILLE DIVISION

JAN 24 2002

Michael N. Milby, Clerk of Court  
By Deputy Clerk

| | | |
|---|---|---|
| MARGARITO L. MALDONADO, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-01-012 |
| v. | § | (636(c)) |
| | § | |
| GULF PACKING CO., | § | |
| Defendant | § | |

### ORDER OF DISMISSAL

On January 3, 2002, the parties in the above-captioned matter informed the Court that a compromise has been reached in this cause as to any and all issues, claims, demands, or causes of action existing, or that could exist, between the Plaintiff MARGARITO MALDONADO and Defendant GULF PACKING COMPANY, including the damages alleged as a result of the claim made the basis of this suit. It was announced that said compromise was being made on a doubtful and disputed claim, Defendant GULF PACKING COMPANY having denied any liability, as well as the full nature and extent of all damages allegedly sustained by the Plaintiff. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that all claims that were asserted, or could have been asserted, by Plaintiff MARGARITO MALDONADO in this cause are hereby DISMISSED WITH PREJUDICE, and that each party bear their own costs.

SIGNED this the 22nd day of January, 2001.

_____  
JUDGE PRESIDING